United States District Court
Southern District of Texas
**ENTERED**
September 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZELMA M. LOEB-DEFEVER, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-01981 |
| STRATEGIC CONSTRUCTION, LTD. d/b/a FCI MULTI-FAMILY, *et al.*; | § § § § | JURY |
| Defendants. | § | |

## ORDER

Plaintiffs' Unopposed Motion to Continue Docket Call (Doc. 215) is **GRANTED**.

The docket call is hereby reset to November 19 2021, at 10:000 a.m. by video.

Zoom link :

https://www.zoomgov.com/j/1600733549?pwd=UkRubzRvSmZvNllkQ29iVEwvNmw3UT09

Meeting ID: 160 073 3549, Passcode: 483219.

SIGNED at Houston, Texas, this 23rd day of September, 2021.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE