# EDMONDS & SCHLATHER

John J. Edmonds
713-364-5291
jedmonds@ip-lit.com

March 27, 2026                                                                                          Via ECF

The Honorable George C. Hanks
United States Court House
515 Rusk St., Room 6202
Houston, TX 77002

Re: *Loeb-Defever, et al. v. Strategic Construction, Ltd., et al.,* Case No. 4:20-CV-01981

Your Honor:

On behalf of all defendants, I write to update the Court on the status of this case and to request a status conference, if the Court so desires.[1]  This is primarily a copyright case.  After this Court's summary judgment ruling in favor of Defendants was affirmed by the Fifth Circuit Court of Appeals, the Court awarded fees to Defendants. (Dkt 290). Plaintiffs appealed that ruling. On February 20, 2026, the Fifth Circuit held that this Court did not abuse its discretion in awarding fees, but remanded the matter for this Court to recalculate and more clearly explain its fee calculations in a manner consistent with its opinion. (Dkt 294).

Defendants believe that the parties' existing submissions are likely sufficient for the Court to issue a fee award in accordance with the Fifth Circuit's guidance.  However, if the Court desires additional briefing, then Defendants will promptly provide it.  If the Court desires a status conference to discuss the best path forward for finality in this case, Defendants are available at the Court's convenience.

Respectfully,

EDMONDS & SCHLATHER PLLC

John J. Edmonds

Counsel for Defendants Alejandro Padua,
Antonio Padua, Bratten Inmobilia, LLC;
Cottages at Woodhaven Village, Ltd.; Francisco
Padua, Inmobilia 2000, LLC; Lusfina Corporation;

---

[1] Defendants regret that this letter is not a joint one.  Plaintiffs initially objected to contacting the Court until the mandate issued. Since the mandate issued on March 13th, Defendants have been unable to get a response on this issue from Plaintiffs.

# EDMONDS & SCHLATHER

John J. Edmonds
713-364-5291
jedmonds@ip-lit.com

March 27, 2026
Page 2

Mako, LLC d/b/a Padua Realty Co.; Padua Investments, Ltd.; Texas Senior Living Group, LLC; Texas Senior Living Manager, LLC; Texas Senior Living Operator, LLC; and Woodhaven Inmobilia, Ltd.

cc:      Counsel of Record via ECF